UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALICE BELEFORD, ) | |
| ) | |
| Plaintiff, ) | CASE NO. C04-1597-MJB |
| ) | |
| v. ) | ORDER |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Plaintiff has filed a motion for attorney's fees, expenses and costs to be paid by the Defendant pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(a),(d) (the "EAJA") in the amount of $4,872.26 in attorney's fees, $43.35 in expenses, and $223.75 in costs, for a total amount of $5,139.36. Defendant filed a response, stating that she has no objection to Plaintiff's request. (Dkt. #21).

The Court finds that Plaintiff's request for attorney's fees, costs and expenses in the amount of $5,139.36 pursuant to the EAJA is reasonable in light of the work performed and the result achieved.

//

//

ORDER - 1

It is therefore ORDERED that Plaintiff's motion (Dkt. #20) is GRANTED and Plaintiff's counsel is awarded attorney's fees in the amount of $4,872.26, expenses in the amount of $43.35, and costs in the amount of $223.75 pursuant to the EAJA.

DATED this 15th day of November, 2005.

MONICA J. BENTON
United States Magistrate Judge

ORDER - 2