UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALICE BELEFORD, ) | |
| ) | |
| Plaintiff, ) | CASE NO. C04-1597-MJB |
| ) | |
| v. ) | |
| ) | ORDER |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Plaintiff's counsel has filed a motion for authorization of an award of attorney fees in the amount of $16,695.00 pursuant to 42 U.S.C. § 406(b). (Dkts. # 23, # 24.) Defendant filed a response indicating that she has no objection to Plaintiff's request. (Dkt. #25.)

The Court finds that Plaintiff's counsel's request for attorney fees is reasonable. It is therefore ORDERED that the motion for authorization of attorney fee of $16,695.00 in accordance with 42 U.S.C. § 406(b) is GRANTED. The Social Security Administration is ordered to pay Plaintiff's counsel Robert Friedman $11,822.74, and

//

//

//

ORDER - 1

pay directly to Plaintiff Alice Beleford $4,872.26, the attorney fee already paid Robert Friedman in accordance with 28 U.S.C. § 2412(d), the Equal Access to Justice Act.

DATED this 16th day of October, 2006.

MONICA J. BENTON
United States Magistrate Judge

ORDER - 2